# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-25-00471-CR

---

In re Danny Wayne Alcoser

---

### Original Proceeding

---

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on December 15, 2025, is

denied.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  February 5, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
Do Not Publish
OT06

